*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**Ali Hussein Mubarak**
Plaintiff

Case No.   **1:26-cv-01329**

VS.
**Warden, Alexandria Staging Facility, et al.**
Defendant

Judge   S Maurice Hicks, Jr.
Magistrate Judge   Kayla D McClusky

**ORDER**

IT IS ORDERED that <u>Christine Raymond</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the <u>28th</u> day of <u>April, 2026</u>.

_____
U.S. Magistrate Judge